HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
CHARLES J. LEE, CA Bar ##221057
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
PEDRO ALVAREZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:17-cr-0014 DAD BAM |
|---|---|---|
| *Plaintiff,* | ) | |
| v. | ) | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; [PROPOSED] ORDER THEREON |
| PEDRO ALVAREZ, JR., | ) | |
| *Defendant.* | ) | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Pedro Alvarez, Jr., having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

///

DATED: January 27, 2017     */s/ Pedro Alvarez, Jr.*
PEDRO ALVAREZ, JR.
Defendant


DATED: January 27, 2017     */s/ Peggy Sasso*
PEGGY SASSO
CHARLES J. LEE
Assistant Federal Defender
Attorneys for
PEDRO ALVAREZ, JR.

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's Pedro Alvarez, Jr. appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated: **January 30, 2017**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE