HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Pedro Alvarez Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:17-cr-00014 DAD-BAM |
| Plaintiff, | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER |
| vs. | JUDGE: Hon. Sheila K. Oberto |
| PEDRO ALVAREZ JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that pretrial release condition (7)(n) be modified so that the following language be removed:

…Home Detention.  You shall remain inside your residence at all times except for employment; education; religious services; medical; substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO;

The parties request that the following language be added in its place:

….Curfew.  You shall remain inside your residence between the hours of 9:00 p.m. and 6:00 a.m.;

All other conditions remain in full force and effect.  This modification is supported by Mr. Alvarez's pretrial officer, Ryan Beckwith.  This modification is requested as Mr. Alvarez is

trying to maintain gainful employment through several temp services.  These services often call him with short notice about employment opportunities.  Under the current home detention requirement, Mr. Alvarez must clear any absences from the residence 5 days in advance, so he has had to turn down several work opportunities.  The government has no objection to the requested modification.

                       Respectfully submitted,

                       PHILLIP A. TALBERT
                       United States Attorney

DATED:  January 31, 2017       */s/ Ross Pearson*
                       ROSS PEARSON
                       Assistant United States Attorney
                       Attorney for Plaintiff

                       HEATHER E. WILLIAMS
                       Federal Defender

DATED:  January 31, 2016       */s/ Charles J. Lee*
                       CHARLES J. LEE
                       Assistant Federal Defender
                       Attorneys for Defendant
                       PEDRO ALVAREZ JR.

## **O R D E R**

    **IT IS SO ORDERED** that pretrial release condition 7(n) be modified as follows: the language "…Home Detention.  You shall remain inside your residence at all times except for employment; education; religious services; medical; substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO;" be deleted and replaced by "…Curfew.   You shall remain inside your residence between the hours of 9:00 p.m. and 6:00 a.m."

    All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated: **January 31, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE