HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
PEDRO ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:17-cr-00014 DAD-BAM |
| | ) | |
| Plaintiff, | ) | AMENDED STIPULATION AND |
| | ) | [~~PROPOSED~~] ORDER TO CONTINUE |
| vs. | ) | STATUS CONFERENCE |
| | ) | |
| PEDRO ALVAREZ, | ) | Date:   July 24, 2017 |
| | ) | Time:   1:00 p.m. |
| Defendant. | ) | Judge:  Hon. Barbara A. McAuliffe |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their

respective counsel, that the status conference hearing in the above-captioned matter now set for

April 10, 2017 may be continued until July 24, 2017, at 1:00 p.m., before the Honorable Barbara

A. McAuliffe.

Mr. Alvarez is currently attending and participating in the Better Choices program and

defense counsel would like him to continue his progress there.  Additionally, there is one

outstanding discovery item the government is providing to the defense.  Also, the parties would

like to continue in plea negotiations and the defense would like the requested time to continue

with some additional investigation.

The requested continuance is with the intention of conserving time and resources for both

parties and the court.  The parties agree that the delay resulting from the continuance shall be

excluded in the interests of justice, including but not limited to, the need for the period of time

1  set forth herein for effective defense preparation, defense investigation, and plea negotiation

2  purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: April 4, 2017          By:   /s/ Ross Pearson
                                    ROSS PEARSON
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: April 4, 2017          By:   /s/ Charles J. Lee
                                    CHARLES J. LEE
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    PEDRO ALVAERZ

## <u>O R D E R</u>

IT IS SO ORDERED THAT the 1st Status Conference is continued from April 10, 2017 to July 24, 2017 at 1:00PM before Judge McAuliffe.   Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **April 5, 2017**                    /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE