HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Pedro Alvarez Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00014 DAD-BAM |
| Plaintiff, | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; EXHIBIT; ORDER |
| vs. | JUDGE: Hon. Sheila K. Oberto |
| PEDRO ALVAREZ JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that pretrial release condition (7)(n) relating to electronic monitoring condition be deleted while Mr. Alvarez is employed by his current employer.

On Monday, May 22, 2017, Mr. Alvarez along with Kevin Mitchel of the Federal Defender's Office, met with Pretrial Services Officer Ryan Beckwith. They reviewed his monthly schedule and pretrial obligations, attached as Exhibit A. Since Mr. Alvarez last appeared before the court, his communication with Pretrial Services has improved, he is in regular contact with Kevin Mitchel who assists him with his homework, makes sure Mr. Alvarez has rides to court, and that Mr. Alvarez is fulfilling all his other pretrial obligations. Mr. Alvarez is progressing in his MRT class, is attending Better Choices court once a month, and is meeting weekly with his Pretrial Services Officers, as well as attending counseling sessions.

///

Because of Mr. Alvarez's compliance with all his terms and with the additional supervision being provided by Kevin Mitchel, Pretrial Services Officer Beckwith is in support of removal of the electronic monitoring component at this time while Mr. Alvarez is employed at the Netafim Corporation and discussed this with defense counsel. If Mr. Alvarez's employment status or location changes, then this condition would be re-evaluated by Pretrial Services.

All other conditions remain in full force and effect.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: May 23, 2017     */s/ Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: May 23, 2017     */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
PEDRO ALVAREZ JR.

# **O R D E R**

Based on the parties' Stipulation, pretrial release condition 7(n) be deleted. All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated: **May 23, 2017**     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE