1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorney for Defendant
6  Pedro Alvarez

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No.  1:17-cr-00014-DAD-BAM

12              Plaintiff,             STIPULATION AND ORDER TO CONTINUE
                                       SENTENCING HEARING
13  vs.
                                       DATE:   September 24, 2018
14  PEDRO ALVAREZ,                     TIME:   10:00 a.m.
                                       JUDGE: Hon. Dale A. Drozd
15              Defendant.

16

17

18        IT IS HEREBY STIPULATED by and between the parties hereto, through their

19  respective counsel, that the sentencing hearing in the above-captioned matter now set for July 16,

20  2018, at 10:00 a.m., before the Honorable Dale A. Drozd, be continued until September 24, 2018

21  at 10:00 a.m.

22        The defense is requesting the additional time in order to further prepare for the sentencing

23  hearing.  Defense anticipates presenting certain documents to the Court at sentencing, but

24  requires more time to acquire all the documentation it would like to present.  The government

25  has no objection to the requested date.

26        As Mr. Alvarez has already entered a guilty plea, no exclusion of time is necessary under

27  the Speedy Trial Act pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

28  ///

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | McGREGOR SCOTT<br>United States Attorney |
| 3 | |
| 4 | DATED: June 20, 2018       By:    /s/ *Ross Pearson*<br>ROSS PEARSON |
| 5 | Assistant United States Attorney<br>Attorney for Plaintiff |
| 6 | |
| 7 | HEATHER E. WILLIAMS<br>Federal Defender |
| 8 | DATED: June 20, 2018       By:    /s/ *Charles J. Lee*<br>CHARLES J. LEE |
| 9 | Assistant Federal Defender<br>Attorneys for Defendant |
| 10 | PEDRO ALVAREZ |

**O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for July 16, 2018, is continued until September 24, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:    **June 20, 2018**

                UNITED STATES DISTRICT JUDGE