1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorney for Defendant
6  Pedro Alvarez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00014-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | DATE: October 1, 2018 |
| PEDRO ALVAREZ, | TIME: 10:00 a.m. |
| | JUDGE: Hon. Dale A. Drozd |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for September 24, 2018, before the Honorable Dale A. Drozd, may be continued until October 1, 2018, at 10:00 a.m.

The defense is requesting the additional time in order to complete its sentencing memorandum. While defense was making best efforts to complete and file its memorandum in time for this Court's review by the currently set sentencing date, some unscheduled and unanticipated sick leave has derailed the defense time line. The government has no objection and is agreeable with the requested date.

As Mr. Alvarez has already entered a guilty plea, no exclusion of time is necessary under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

| | | |
|---|---|---|
| | | Respectfully submitted, |
| | | McGREGOR SCOTT<br>United States Attorney |
| DATED: September 17, 2018 | By: | /s/ *Ross Pearson*<br>ROSS PEARSON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: September 17, 2018 | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>PEDRO ALVAREZ |

**O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for September 24, 2018, is continued until October 1, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **September 18, 2018**

UNITED STATES DISTRICT JUDGE

-2-