McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:17-CR-00014-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | <u>FINAL ORDER OF FORFEITURE</u> |
| PEDRO ALVAREZ, JR., | |
| Defendant. | |

WHEREAS, on May 15, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) based upon the plea agreement entered into between plaintiff and defendant Pedro Alvarez, Jr. forfeiting to the United States the following property:

   a. Glock, pistol, model 19, 9mm, serial number VFF379, and
   b. Approximately 16 rounds of 9mm ammunition.

AND WHEREAS, beginning on May 16, 2018, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

FINAL ORDER OF FORFEITURE     1

AND WHEREAS, this Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed assets pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Pedro Alvarez, Jr.

2. All right, title, and interest in the above-listed assets shall vest solely in the name of the United States of America.

3. The Federal Bureau of Investigation shall maintain custody of and control over the subject assets until they are disposed of according to law.

IT IS SO ORDERED.

Dated: **November 12, 2018**

_____
UNITED STATES DISTRICT JUDGE